☑ JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JESSE DAVID C..,<br><br>        Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | Case No. EDCV 22-01026-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 20, 2023

                                                 /s/
                                    ALKA SAGAR
                   UNITED STATES MAGISTRATE JUDGE